1  DORON WEINBERG (SNB 46131)
   LAW OFFICES OF DORON WEINBERG
2  523 Octavia Street
   San Francisco, CA 94102
3  Telephone: (415) 431-3472
   Facsimile: (415) 552-2703
4  Email: doronweinberg@aol.com

5  Attorney for Defendant
   GARRY WAN
6

7              UNITED STATES DISTRICT COURT

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

| | | |
|---|---|---|
| 10 | UNITED STATES OF AMERICA, ) | **CASE NO.  CR-14-0604 PJH** |
| 11 | Plaintiff, ) ) ) | **STIPULATION RESCHEDULING CHANGE OF PLEA HEARING;** |
| 12 | vs. ) ) | **(PROPOSED) ORDER** |
| 13 | GARRY WAN, et. al., ) ) | |
| 14 | Defendants. ) _____) | |

16     IT IS HEREBY STIPULATED between the parties, attorney Doron Weinberg on behalf

17  of defendant Garry Wan, and Michael Rabkin, Trial Attorney for the Department of Justice on

18  behalf of Plaintiff United States of America, that the date of January 13, 2017 presently

19  scheduled for a change of plea hearing in this matter shall be rescheduled to Tuesday, January 31,

20  2017 at 9:30 a.m.

21  **IT IS SO STIPULATED:**

22  Dated: January 10, 2017          Respectfully submitted,

23                                   LAW OFFICES OF DORON WEINBERG

24                                    /s/   Doron Weinberg
                                     DORON WEINBERG
25                                   Attorney for Defendant
                                     GARRY WAN
26

27  _____
    Stipulation Rescheduling Change of Plea Hearing;
28  (Proposed) Order (Case No. CR-14-0604 PJH)          1

1  Dated: January 10, 2017

UNITED STATES DEPARTMENT OF JUSTICE
ANTITRUST DIVISION

 /s/ Michael Rabkin
MICHAEL RABKIN
Attorney for Plaintiff
United States of America

**IT IS SO ORDERED:**

Dated: 1/11/17

*Kandis Westmore*
HONORABLE KANDIS A. WESTMORE
Magistrate Judge, U.S. District Court

---

Stipulation Rescheduling Change of Plea Hearing;
(Proposed) Order (Case No. CR-14-0604 PJH)     2